IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re | No. C 12-1761 WHA (PR) |
| TAJHIKEEM AUSHAWN WOODS, | **JUDGMENT** |
| Plaintiff. | |

Pursuant to the order of dismissal, judgment is entered in favor of defendants and against plaintiff.

**IT IS SO ORDERED.**

Dated: June ___11___, 2012.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE

N:\WOODS1761.JUD.wpd